FILED: July 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1676
(A079-187-646)
(A079-187-167)
(A079-187-168)

_____

LEONIDAS BIMENYIMANA; FRANCOIS KARAKE; GREGOIRE NYAMINANI,

    Petitioners,

    v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

_____

O R D E R

_____

Upon consideration of the joint motion to suspend the briefing schedule, the court grants the motion and suspends the briefing schedule pending action by the Deputy Secretary of Homeland Security on petitioner's submissions. The parties shall file a status report by August 30, 2013, and every thirty days thereafter, and

promptly notify this court when the Deputy Secretary has taken action.

For the Court

/s/ Patricia S. Connor, Clerk