FILED: November 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1676 (L)
(A079-187-646)
(A079-187-167)
(A079-187-168)

_____

LEONIDAS BIMENYIMANA; FRANCOIS KARAKE; GREGOIRE NYAMINANI

        Petitioners

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Appendix due/Administrative record adopted: 02/17/2015

    Opening brief due: 02/17/2015

Response brief due: 04/17/2015

Reply brief due (if any): 05/18/2015

                                       For the Court--By Direction

                                       /s/ Patricia S. Connor, Clerk