FILED: February 3, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1676 (L)
(A079-187-646)
(A079-187-167)
(A079-187-168)

_____

LEONIDAS BIMENYIMANA; FRANCOIS KARAKE; GREGOIRE NYAMINANI

        Petitioners

v.

ERIC H. HOLDER, JR., Attorney General

        Respondent

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 03/19/2015

Opening brief due: 03/19/2015

Response brief due: 05/18/2015

Any reply brief: 14 days from service of response brief.

No further extensions will be granted.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>